# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Image Cowboys, Inc., a Minnesota corporation; and David M. Sodergren,<br><br>      Plaintiffs,<br><br>vs.<br><br>Castle Rock Township, Minnesota; Pete Schaffer, individually and as Chairman of Castle Rock Township Board of Supervisors and as an employee of Schaffer Window and Siding, Inc., a Minnesota corporation; Schaffer Window and Siding, Inc., a Minnesota corporation; Jane Bistodeau, individually and as a member of Castle Rock Township Board of Supervisors; Drea Doffing, individually and as a member of Castle Rock Township Board of Supervisors; Mark Molitor, individually and as a member of Castle Rock Township Board of Supervisors; Colette Mumm, individually and as a member of Castle Rock Township Board of Supervisors; David Nicolai, individually and as a member of Castle Rock Township Board of Supervisors and as an employee of Castle Rock Bank; Castle Rock Bank, a Minnesota corporation; Russell Zellmer, individually and as a member of Castle Rock Township Board of Supervisors; and John Doe and Susan Roe,<br><br>      Defendants. | Court File No. 10-CV-2995 (PAM/AJB)<br><br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

2

Pursuant to the Stipulation of the parties,

IT IS HEREBY ORDERED, that the above-entitled action is dismissed on its merits and with prejudice without costs, disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May  19,  2011               By:   s/Paul A. Magnuson
                                          The Honorable Paul A. Magnuson
                                          Judge of United States District Court